UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY D. UNDERHILL, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. C13-5881-MAT <br><br> ORDER RE: SOCIAL SECURITY DISABILITY APPEAL |

This matter comes before the undersigned on remand from the Ninth Circuit Court of Appeals. (Dkts. 19-20.) The Ninth Circuit remanded to this Court with instructions to remand the case to the Social Security Administration (Commissioner)[1] on an open record for further proceedings. (*Id*.) As such, this matter is herein REMANDED to the Commissioner on an open record for further administrative proceedings.

DATED this 17th day of May, 2017.

Mary Alice Theiler
United States Magistrate Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit. The Clerk is directed to update the docket.

ORDER
PAGE - 1